## ASHBAUGH v. ROUSCH.

No. 6983—Opinion Filed Jan. 2, 1917.

(162 Pac. 205.)

Courts—County Courts—Jurisdiction.

Syllabus same as in Musser et ux. v. Baker, County Judge, 53 Okla. 782, 158 Pac. 442.

(Syllabus by Higgins, C.)

Error from County Court, Grady County; N. M. Williams, Judge.

Action by W. C. Rousch against M. L. Ashbaugh. There was a judgment for plaintiff, and defendant brings error. Reversed, and cause dismissed.

J. W. Bartholomew, for plaintiff in error.

Bond, Melton & Melton, for defendant in error.

Opinion by HIGGINS, C. On September 25, 1913, the defendant in error filed suit in the county court of Grady county against the plaintiff in error wherein he asks judgment against him in the sum of $72.60, a balance claimed by him to be due upon a note. The defendant in error secured judgment, and an appeal was taken to this court.

A county court has no jurisdiction where the amount involved is $200 or less. Musser v. Baker, 53 Okla. 782, 158 Pac. 442; Barry v. Easter Drug Co., 53 Okla. 799, 158 Pac. 443.

We recommend that the judgment of the trial court be set aside, and that the cause be dismissed.

By the Court: It is so ordered.